IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN K. STEPHENS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 08-CR-0092<br>)<br>)<br>)<br>)<br>) |

FINAL ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case and good cause appearing, the Court finds that:

1. On September 29, 2008, the defendant entered a plea of guilty to Count 1 of the indictment pursuant to a written plea agreement. The plea agreement provided that the defendant agree to the forfeiture of one Generic Computer, no serial number; a 40 Gb Seagate ST 340014A hard drive, serial number 3JV868EF; an eMachine T6426, serial number GDC64 B00 57111; and a 200 Gb Western Digital WD2000BB, serial number WCALL1677049, as set forth in Count 2 of the indictment.

2. On October 29, 2008, the Court entered a Preliminary Order of Forfeiture.

3. Publication was posted for at least 30 consecutive days beginning on November 18, 2008, on the official government internet web site (www.forfeiture.gov), pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Action. No petition or claim for the property has been filed with the Clerk of Courts, and the time for presenting a claim or petition has expired.

IT IS THEREFORE ORDERED:

1. That all right, title, and interest is hereby conveyed to the United States of America in the following items:

   a. One Generic Computer, no serial number;

   b. a 40 Gb Seagate ST 340014A hard drive, serial number 3JV868EF;

   c. an eMachine T6426, serial number GDC64 B00 57111; and

   d. a 200 Gb Western Digital WD2000BB, serial number WCALL1677049.

2. The United States Marshal is directed to dispose of the above property in accordance with federal law.

ORDERED this 26th day of January 2009.

*Barbara B. Crabb*
BARBARA B. CRABB
Chief United States District Judge